**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01465-CV

**BARON ABLON, Appellant**

**V.**

**BARI ABLON CAMPBELL, Appellee**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-271-1**

## ORDER

We **GRANT** appellee's December 2, 2013 Objection to Court's Order of Mediation to the extent it requests withdrawal of the Court's mediation order. We **VACATE** our November 20, 2013 mediation order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE